THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES E. J. KENNY, Respondent, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Appellant.

(Argued October 3, 1906; decided October 16, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1906, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to restore the relator to active duty on the police force of the city of New York.

*John J. Delany, Corporation Counsel* (*James D. Bell* of counsel), for appellant.

*Alfred E. Sander* for respondent.

Order affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.